No. 787. Chesapeake & Ohio Railway Company v. Williams Slate Company. Error to the Special Court of Appeals of the State of Virginia. Motion to dismiss submitted January 4, 1926. Decided January 11, 1926. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of section 237 of the Judicial Code as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co. v. Carrollton,* 252 U. S. 1, 5, 6. Petition for certiorari denied, and, there appearing to be no reasonable ground for granting the petition, a penalty of $25 is awarded respondent and against the

petitioner as reasonable damages for the delay under the proviso in section C of section 237 of the Judicial Code, as amended by the act of February 13, 1925, c. 229, sec. 1, 43 Stat. 937. *Messrs. Samuel A. Anderson* and *Arden Howell* for defendant in error, in support of the motion. *Messrs. David H. Leake* and *Walter Leake* for plaintiff in error, in opposition thereto.